USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

OXANA ALEXANDROVNA KOULKINA, : 06 Civ. 11357 (SHS) (HBP)
*ET AL.*,
:
              Plaintiffs,
:
-against-                         ORDER
:
THE CITY OF NEW YORK, *ET AL.*,

              Defendants. :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       On January 23, 2008, Magistrate Judge Henry Pitman issued a thorough 68 page Report and Recommendation recommending that the motions to dismiss made by defendants NYPD, Smock, Callagy, Buzin, Bobrovskaya, Dr. Gaudio, Kramer, Dr. Kelly, Dr. Pandya, Muzzin, and Charne be granted in their entirety and that the motion to dismiss made by the City of New York, Finkle, and Kuznetsoff be granted in part and denied in part. After a *de novo* review of the Report and Recommendation dated January 23, 2008, and plaintiffs' "Answer to Report and Recommendation" dated February 14, 2008,

       IT IS HEREBY ORDERED that:

       1.     The Court adopts the Report and Recommendation of Magistrate Judge Pitman;

       2.     The motions to dismiss made by defendants Smock, Callagy, Buzin, Bobrovskaya, Dr. Gaudio, Kramer, Dr. Kelly, Dr. Pandya, Muzzin, and Charne are granted in their entirety [35, 43, 48, 70, 80, 81, 92]; and

3. The motion to dismiss made by defendants City of New York, NYPD, Finkle, and Kuznetsoff [94] is granted in its entirety with respect to the NYPD; granted to the extent that it seeks dismissal of the Section 1983 claims against the City, Finkle, and Kuznetsoff; and denied to the extent it seeks dismissal of the intentional infliction of emotional distress claims against the City, Finkle, and Kuznetsoff.

Dated: New York, New York
       February 19, 2008

SO ORDERED:

Sidney H. Stein, U.S.D.J.