```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

OXANA ALEXANDROVNA KOULKINA,    :    06 Civ. 11357 (SHS)
*ET ANO*,
                                :
            Plaintiffs,
                                :
    -against-                        ORDER
                                :
THE CITY OF NEW YORK, *ET AL.*,
                                :
            Defendants.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

On December 8, 2009, Magistrate Judge Henry B. Pitman issued a Report and Recommendation recommending that defendants Florence Finkle, Victor Kuznetsoff, the Human Resources Administration No. 47 ("HRA"), and the City of New York's (the "Moving Defendants) motion to dismiss the remaining claims against them pursuant to Fed. R. Civ. P. 12(b)(5) and 12(b)(6) for insufficient service of process and failure to state a claim be granted. As of today, no objections have been filed by plaintiffs.

After a *de novo* review of the Report and Recommendation, the Court adopts the recommendation of Magistrate Judge Pitman. Accordingly,

IT IS HEREBY ORDERED that the Moving Defendants' motion to dismiss the remaining claims against them pursuant to Fed. R. Civ. P. 12(b)(5) and 12(b)(6) for insufficient service of process and failure to state a claim is granted, and all claims against the Moving Defendants are dismissed.

Dated: New York, New York
       January 29, 2009

SO ORDERED:

Sidney H. Stein, U.S.D.J.